| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Kaylah L Norris**<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–9030<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    7/17/25 |
| Case number: | 25–17538–ABA | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kaylah L Norris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 614 Ash Street<br>Glassboro, NJ 08028 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeanie D. Wiesner<br>Sadek & Cooper<br>1500 JFK Blvd.<br>Ste 220<br>Philadelphia, PA 19102 | Contact phone 215–545–0008<br>Email: jeanie@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Contact phone 856–663–5002 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 856–361–2300<br>Date: 7/18/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 14, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 571 854 9346, Click on JOIN using passcode 0895556855, or call 1–856–329–3438**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/14/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/25/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court

District of New Jersey

In re:  
Kaylah L Norris  
    Debtor

Case No. 25-17538-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 18, 2025      Form ID: 309I      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kaylah L Norris, 614 Ash Street, Glassboro, NJ 08028-2850 |
| 520748901 | + | Anna S. Fiddler, Court Officer, Gloucester County Special Civil Part, Su, 19 North Braod St., Woodbury, NJ 08096-4602 |
| 520748902 | + | Anna S. Fiddler, Court Officer, Gloucester County Special Civil Part, Su, 19 North Broad St., Woodbury, NJ 08096-4602 |
| 520748908 | | Celtic Bank, Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 520748913 | | Credit One Bank N.A., Attn: Bankruptcy, c/o LVNV Funding/Resurgent Capital P.O., Greenville, SC 29603-0497 |
| 520748920 | + | Fein, Such, Kahn & Sheppard, P.C., Attn: David J. Levine, Esq., 6 Campus Drive Suite 304, Parsippany, NJ 07054-4673 |
| 520748921 | | First Electronic Bank, Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 520748924 | + | Gateway Mortgage (Gateway First Bank), Attn: Bankruptcy, 244 S Gateway Pl, Jenks, OK 74037-3448 |
| 520748930 | | Ned Stevens Gutter Cleaning, Attn: Bankruptcy, 34505 W 12 Mile Rd, Ste 333, Farmington Hills, MI 48331-3288 |
| 520748931 | + | Perpay Inc/Celtic Bank, 2400 Market Street, Suite 300, Philadelphia, PA 19103-3033 |
| 520748936 | + | Ratchford Law Group, P.C., Attn: Julie B. Solomon, Esq., 325 Washinton Ave Ext., Albany, NY 12205-5582 |
| 520748937 | + | Rutgers, The State University, 65 Davidson Rd, Piscataway, NJ 08854-8096 |
| 520748945 | | Synchrony Bank/Amazon, Attn: Bankruptcy, c/o Portfolio Recovery Associates, LLC A, Norfolk, VA 23502-4952 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jeanie@sadeklaw.com | Jul 18 2025 20:47:00 | Jeanie D. Wiesner, Sadek & Cooper, 1500 JFK Blvd., Ste 220, Philadelphia, PA 19102 |
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Jul 18 2025 20:48:00 | Andrew B Finberg, Office of the Chapter 13 Standing Truste, 535 Route 38, Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520748903 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 18 2025 20:48:00 | AT&T, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520748904 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jul 18 2025 20:48:00 | Autovest LLC, 26261 Evergreen Rd, Suite 390, Southfield, MI 48076 |
| 520748898 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2025 21:16:40 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520748899 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2025 21:05:44 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 520748900 | | Email/Text: bky@americanprofit.net | Jul 18 2025 20:50:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd, Ste 333, Farmington Hills, MI 48331-3288 |
| 520748905 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 18 2025 20:48:48 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA |

Case 25-17538-ABA    Doc 6    Filed 07/20/25    Entered 07/21/25 00:16:30    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 309I | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | | 91411-2532 |
| 520748906 | EDI: CAPITALONE.COM | Jul 19 2025 00:30:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520748907 | EDI: CAPITALONE.COM | Jul 19 2025 00:30:00 | Capital One/Kohl's, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520748909 | EDI: CITICORP | Jul 19 2025 00:30:00 | Citibank, N.A., Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520748910 | EDI: WFNNB.COM | Jul 19 2025 00:30:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520748911 | Email/Text: ibnk@conserve-arm.com | Jul 18 2025 20:49:00 | ConServe, P.O. Box 307, Fairport, NY 14450-0307 |
| 520748912 | EDI: CCS.COM | Jul 19 2025 00:30:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520748914 | EDI: CRESCENTBANK.COM | Jul 19 2025 00:30:00 | Crescent Bank, Attn: Bankruptcy, PO Box 61813, New Orleans, LA 70161-1813 |
| 520748915 | Email/Text: bankruptcynotices@current.com | Jul 18 2025 20:49:00 | Current, Attn: Bankruptcy, 217 Centre St, 180, New York, NY 10013-3624 |
| 520748916 | Email/Text: backoffice.us@deferit.com | Jul 18 2025 20:49:00 | Deferit Inc, Attn: Bankruptcy/Legal, PO Box 3511, New York, NY 10008-3506 |
| 520748919 | EDI: CITICORP | Jul 19 2025 00:30:00 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520748917 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 18 2025 20:49:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 520748918 | EDI: DISCOVER | Jul 19 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520748922 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jul 18 2025 20:49:00 | First Investors Financial Services, Attn: Bankruptcy, Stellantis Financial Services, Inc. dba, 3065 Akers Mill Rd SE Suite 700, Atlanta, GA 30339-3124 |
| 520748923 | EDI: AMINFOFP.COM | Jul 19 2025 00:30:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520748926 | Email/Text: behappy@growcredit.com | Jul 18 2025 20:48:00 | Grow Credit Inc., Attn: Bankruptcy, 1447 2nd St, Santa Monica, CA 90401-3404 |
| 520748925 | EDI: CCS.COM | Jul 19 2025 00:30:00 | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520748927 | + EDI: IRS.COM | Jul 19 2025 00:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520748928 | Email/Text: Mercury@ebn.phinsolutions.com | Jul 18 2025 20:48:00 | Mercury/First Bank & Trust, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520748929 | Email/Text: bankruptcy@moneylion.com | Jul 18 2025 20:50:00 | Moneylion, Inc, Attn: Bankruptcy Dept, PO Box 1547, Sandy, UT 84091-1547 |
| 520748932 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 20:48:00 | PNC Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520748933 | EDI: PRA.COM | Jul 19 2025 00:30:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520748934 | Email/Text: signed.order@pfwattorneys.com | Jul 18 2025 20:48:00 | Pressler, Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 520748935 | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 18 2025 20:48:48 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 309I | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| 520748939 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 18 2025 20:48:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Ste 640, Minneapolis, MN 55402-2040 |
| 520748938 | Email/Text: enotifications@santanderconsumerusa.com | Jul 18 2025 20:49:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520748940 | ^ MEBN | Jul 18 2025 20:45:19 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520748941 | Email/Text: yves@stellarfi.com | Jul 18 2025 20:49:00 | Stellar Financial, Attn: Bankruptcy, 1700 S Lamar Blvd, Ste 338, Austin, TX 78704-3363 |
| 520748942 | ^ MEBN | Jul 18 2025 20:48:47 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blvd, Ste 870, Los Angeles, CA 90024-4109 |
| 520748943 | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 18 2025 20:48:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 520748944 | ^ MEBN | Jul 18 2025 20:48:09 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520748946 | EDI: SYNC | Jul 19 2025 00:30:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520748947 | Email/Text: bknotice@upgrade.com | Jul 18 2025 20:48:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520748948 | Email/Text: bankruptcies@uplift.com | Jul 18 2025 20:48:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 520748949 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 18 2025 20:49:00 | US Dept of Ed/Great Lakes Education, Attn: Bankruptcy Department, PO Box 82505, Lincoln, NE 68501-2505 |
| 520748950 | Email/Text: bankruptcynotices@vivecard.com | Jul 18 2025 20:48:00 | Vive Financial, Attn: Bankruptcy, PO Box 708670, Sandy, UT 84070-8670 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2025        Signature:    /s/Gustava Winters